**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

RUBBY JAMES GRAY
ADC #500127 PLAINTIFF

v. 3:26-cv-00187-JM

CODY HOWE, Jail Administrator,
Paragould Detention Center, *et al.* DEFENDANTS

**ORDER**

On July 21, 2026, the Court gave Plaintiff thirty days to update his mailing address. (Doc. 9.) The time to do so has passed. This case cannot continue if there is no way to contact Plaintiff.

IT IS, THEREFORE, ORDERED that the Complaint (Doc. 2) is DISMISSED without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). The Motion to Proceed In Forma Pauperis (Doc. 1) is DENIED as moot. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 26th day of August 2026.

UNITED STATES DISTRICT JUDGE